# EXHIBIT B

# US 8,533,326 Claim chart
# vs
# Schneider Electric

# U.S. Patent No. US 8,533,326

**US8533326B2**
**United States**

**Inventor: Gordon Saint Clair, Frederick M. Johnson, Amy M. Badore, Charles Rotter, Kamal Shah**

**Current Assignee: CLOUD SYSTEMS HOLDCO IP LLC**

**Worldwide applications**
**2007  JP US EP AU US CN CA WO 2010  HK 2011  US**

**11/744,095**
**Claims priority from a provisional application 60/746,290 05/03/2006**

**Total patentTerm Adjustments**
**arrow_upward**
**344 days**



https://www.se.com/us/en/                                                    ×

·  **Changes**   ·  **Summary**   ·  **Site Map**   ·  **URLs**

between October 1, 2019 and July 28, 2025.

12  2013  2014  2015  2016  2017  2018  2019  2020  2021  2022  2023  2024  **2025**

**https://web.archive.org/web/20250000000000*/https://www.se.com/us/en/**

# U.S. Patent No. US 8,533,326

**Discover EcoStruxure Building Operation Software**

**Turn system data into actionable insights**

**EcoStruxure Building Operation is an open and scalable software platform providing insight, control and management of multiple building systems and devices in one mobile-enabled convenient view. It delivers valuable data for decision-making to improve energy management and increase efficiency for better building performance and comfort, reduced carbon, and more sustainable building environments.**

**https://www.se.com/us/en/product-range/62111-ecostruxure-building-operation-software/#overview**

# US 8,533,326: Claim 1

CLAIMS

1. A method for controlling an environment, comprising:

Accessing a server associated with the environment via a control client;

Logging into said server as a user, wherein said server queries a user database to retrieve rights and configuration data associated with said user;

Rendering a control panel on said control client, wherein said control panel is adapted to the environment based on said rights and said configuration data;

Creating a user defined configuration of a source device, an output device, and a device associated with the environment;

Generating a desired path in the environment based on an environment model to connect said source device to said output device and adapted to allow signal transfer between said source device and said output device, wherein said environment model is stored in a data structure on said server;

Identifying an event generated by an event generator, wherein an event handler responds to said event;

Triggering one or more commands to selectively interconnect an output port of said source device to an input port of said output device in response to said event;

Communicating said one or more commands from said server to a control switch;

Sending a command from said server to command said source device to output a signal; and

Outputting said signal on said output device.

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.1.0***  A method for **controlling an environment**, comprising: | EcoStruxure Building Operation (EBO) by Schneider Electric controls an environment by integrating hardware (sensors, actuators, controllers) and software (schedules, logic, user interfaces) into a centralized, programmable platform that automatically manages systems such as: HVAC (Heating, Ventilation, Air Conditioning), Lighting, Access control, Energy usage, Alarms and events. |
| | EBO can sense the environment by integrating with analog and digital sensors (e.g., temperature, humidity, $CO_2$, occupancy) and devices are connected to Automation Servers (e.g., AS-B, AS-P) via standard protocols (BACnet/IP, Modbus, LON, etc.), for example," **Floor plans can be set up with zones that change color based on the measured temperature, pressure, humidity, usage level or other data provided by the EcoStruxure Building Operation database**." and "**Script programs read like a book with easy to learn commands, such as: Turn on the Fan, Close the Valve, and If Temperature > Setpoint then goto CoolingOn**". |
| | An environment can be, for example, an office, or building, or home, or anything that requires, for example, control of a "**Floor** ". |
| | The specification says, "*the present system and method allow the manipulation and control of controllable devices in a variety of different environments." '326 Col 1 Row 23-25*. |

Thermal Graphics: Floor plans can be set up with zones that change color based on the measured temperature, pressure, humidity, usage level or other data provided by the EcoStruxure Building Operation database.

Script programs read like a book with easy to learn commands, such as:

- Turn on the Fan

- Close the Valve

- If Temperature > Setpoint then goto CoolingOn

**https://download.schneider-electric.com/files?p_Doc_Ref=03-20026&p_enDocType=EDMS**

# US 8,533,326: Claim 1

| | |
|---|---|
| *1.2.0*<br><br>**Accessing a server associated with the environment via a control client;** | Schneider Electric Users "**log into**" EBO's Automation or "**Enterprise Server**" via "**WebStation**" or "**WorkStation**" client applications.<br>*A server* is described in the specification: *"The present invention comprises a server adapted to communicate with and command local and remote devices in an environment, enabling connections to be established between selected devices to enable the flow of information, communications or other connections to be established between the selected devices in addition to providing a means to control and communicate with other devices that influence or sense the environment.." '326* Col: 22, Row: 56-60 |



Figure: *WebStation*

## Introduction

EcoStruxure Building Operation WebStation is a web-based user interface for day-to-day operation in an EcoStruxure BMS. WebStation comes built in with every EcoStruxure BMS server, and provides easy access to the software from anywhere in the world.

## Features

WebStation provides a rich, responsive user interface to access the EcoStruxure BMS servers using common web browsers on Windows PCs, Mac OS computers, Android and iOS tablets and smartphones. Users can view and manage graphics, alarms, schedules, trend logs, reports, and user accounts.

**https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=8792&locale=en-US&productversion=2.0**

You log on to WorkStation or WebStation to securely access the EcoStruxure Building Operation functions.

## Log on to WorkStation

You log on to WorkStation with your current Windows credentials, as another Windows user, or as an EcoStruxure Building Operation user. Your system administrator decides which type of user you log on as.

To log on to WorkStation using an EcoStruxure Building Operation account, you need to know the following account information:

- User name
- Password
- Domain
- EcoStruxure BMS server

To log on to WorkStation using a Windows account, you need to know the EcoStruxure BMS server.

**https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=6046&locale=en-US&productversion=2.0**

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.3.0** Logging into said server as a user, wherein said server queries a user database to retrieve rights and configuration data associated with said user;* | EBO authenticates users through local or Active Directory accounts and applies role-based access control policies that govern user permissions, for example, "**Software Permissions are used to control user activities in a software application. For example, permissions can be setup to manage the type of data and commands the user has permission to within a workspace, panel, or domain.**"<br><br>***Configuration data*** is described in the specification: "User *information 902—that stores both individual user settings and preferences and works in conjunction with the access control level permissioning 904 to enable users to access specific configuration options, capabilities and system rights." '326 Col: 11, Row: 5-14* |

## How software permissions work in EcoStruxure Building Operation (EBO) 🔗
🖼️ 🔗

Posted by: 🧑 **Product_Support** 2018-09-11 🧑 **CraigEl** `ADMIN` 2022-08-08

## Issue
How Permissions works in EBO

## Product Line
EcoStruxure Building Operation

## Environment
Building Operation Workstation

## Cause

Software Permissions are used to control user activities in a software application. For example, permissions can be setup to manage the type of data and commands the user has permission to within a workspace, panel, or domain.

**https://community.se.com/t5/Building-Automation-Knowledge/How-software-permissions-work-in-EcoStruxure-Building-Operation/ta-p/2013**

# US 8,533,326: Claim 1

| | |
|---|---|
| **1.4.0    Rendering a control panel on said control client, wherein said control panel is adapted to the environment based on said rights and said configuration data;** | Schneider Electric "**User Interface**" elements such as widgets, views, and dashboards in WebStation or WorkStation are displayed or hidden dynamically based on the user's assigned roles and permissions, for example, "**Users can view and manage graphics, alarms, schedules, trend logs, reports, and user accounts**." "**Access rights can be assigned based on schedule and/or client IP address**." |



Figure: *WebStation*

## Introduction

EcoStruxure Building Operation WebStation is a web-based user interface for day-to-day operation in an EcoStruxure BMS. WebStation comes built in with every EcoStruxure BMS server, and provides easy access to the software from anywhere in the world.

## Features

WebStation provides a rich, responsive user interface to access the EcoStruxure BMS servers using common web browsers on Windows PCs, Mac OS computers, Android and iOS tablets and smartphones. Users can view and manage graphics, alarms, schedules, trend logs, reports, and user accounts. For improved battery life on mobile devices and for ergonomics on mobile devices, WebStation supports Dark Mode.

---

Figure: Dashboards
The dashboard functionality enable users to create their own pages to get an overview of how buildings perform, using easy-to-use and easy-to-read data visualization components. Basic energy consumption monitoring, alarm statistics, and environmental summaries are presented in clear ways on any device.

---

Access rights can be assigned based on schedule and/or client IP address.

**https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=8792&locale=en-US&productversion=3.3**

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.5.0  Creating a user defined configuration of a source device, an output device, and a device associated with the environment***; | In EcoStruxure Building Operation, the user creates a logical binding between a sensor  (Source device) TempSensor and an actuator (output device) Fan using the Binding Editor or Function Block tool. These bindings are created within the context of a structured system model (e.g., Site > Floor > Room > Controller > Devices). This binding defines a desired signal path from the sensor to the actuator and is persisted in the Automation Server's internal database, representing a stored environment model. At runtime, the server enables signal transfer along this defined path based on system logic and binding, for example, "**Source**" "**RoomTemp/Value**" , taken from a sensor, and output. For example,  "**Target**" "**Temp Component/FanCalculator**" are associated with environment "**buildings/Floors**". Users define bindings and logical associations between input devices (sensors), output devices (actuators), and other environment components through graphical editors and scripting tools. |



🖳 User Interface

**Products:** Builder View
**Functionalities:** Engineering
**Product version:** 2023
12/12/2023

## Bindings View

Use the **Bindings** view to see all local and external bindings between canvas objects.

| | Bindings | | |
|---|---|---|---|

| Status | | Source | | Target | | Class |
|---|---|---|---|---|---|---|
| ✓ OK | | /Server 1/BV 1/DESCR | | /Server 1/BV 1/Temperature/Value | | Local |
| ✓ OK | | /Server 1/BV 1/FanOverride/Value | | /Server 1/BV 1/Temp Component/FanCalculator/FanOverride | | Local |
| ✓ OK | | /Server 1/BV 1/RoomTemp/Value | | /Server 1/BV 1/Temp Component/FanCalculator/TempIn | | Local |

**https://ecostruxure-building-help.se.com/bms/Topics/Show.castle?id=15208&locale=en-US&productversion=2023**

# US 8,533,326: Claim 1



**https://community.se.com/t5/Building-Automation-Knowledge/Creating-binding-templates/ta-p/3889?attachment?attachmentLink=/krefy84679/attachments/krefy84679/knowledge-base_public/2890/1/Binding%20Template%20Export%202013-08-15%2008240.zip.zip**

# US 8,533,326: Claim 1

| 1.5.1 **Creating a user defined configuration** | User defined configuration is created using Binding Editor, for example, "**You can subsequently edit the binding template**". This means the user manually links data points between devices. |
|---|---|



# US 8,533,326: Claim 1

| 1.5.2 **of a Source device** | The source device (input), for example, a temperature sensor, "**Sensors use fixed names (Sensor_TR1-1A,)**" "**A=source side of the unit**".  This means the user manually links data points between devices. |
|---|---|



**xample:**
Sensors use fixed names (Sensor_TR1-1A, Sensor_TR1-1B, ...).

**https://product-help.schneider-electric.com/EcoStruxure/Power-Monitoring-Expert-2024/content/applications/thermal_monitoring_-_lv_busway/configuration/lvbw-configuration.htm#To_set_up_the_temperature_sources**

# US 8,533,326: Claim 1

| 1.5.3 **an output device** | Output device (actuator),  for example, can be a HVAC output (e.g., DO:Fan_Enable), for example, "**Turn on fan, close the valve**". This means the Output device defines the endpoint for control action. |

## Bindings

🔗 Binding Styles
🔗 Bindings View

Bindings in Builder View are connections between two or more variables for data exchange. In its simplest form, the binding consists of a source and a target. The source supplies the value to the target.

In the EcoStruxure Building Operation software, you typically bind source properties to target properties in objects such as programs, alarms, trend logs, and graphics. These objects frequently need to use values that exist elsewhere in the system. You create the target properties in your program, but you create the bindings externally, separately from the system.

This separation of program and bindings is due to the object-oriented approach in the EcoStruxure Building Operation database.

https://ecostruxure-building-help.se.com/bms/Topics/Show.castle?id=15208&locale=en-US&productversion=2023

Script programs read like a book with easy to learn commands, such as:

- Turn on the Fan
- Close the Valve
- If Temperature > Setpoint then goto CoolingOn

https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=8064&locale=en-US&productversion=2.0#section__38695249

# US 8,533,326: Claim 1

| | |
|---|---|
| 1.5.4 **and a device associated with the environment** | Device associated with the environment, for example, can be a Logic controller, software node, or scheduler, for example, "**Schedules are used to schedule the operation of parts of the BMS, such as a device or a setpoint. For example, a you can set up a schedule to make a device to operate between 08:00 and 17:00 every workday**". This is an optional node that helps route or manage a signal. A user configures a binding in EBO between a temperature sensor and a fan enable output via the Binding Editor. The Automation Server stores this binding within the environment model. The schedule engine triggers execution of logic programmed via a Function Block—running on the AS-B node—which commands the fan actuator during the designated hours, thus using a logic controller and scheduler to interconnect environment devices. |

How Schedules Work

Schedules are used to schedule the operation of parts of the BMS, such as a device or a setpoint. For example, a you can set up a schedule to make a device to operate between 08:00 and 17:00 every workday.

https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=7939&locale=en-US&productversion=7.0&utm_source=chatgpt.com



Schedule turns the fan on every work day between 0800 and 1700

A Calculated Exception is added to the schedule. It turns the fan off the last Friday in every month when maintenance is done in the fan room.

https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=5791&locale=en-US&productversion=7.0

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.6.0*** **Generating a desired path in the environment based on an environment model** | In EcoStruxure Building Operation, the user creates a logical binding between a sensor "**Air Temperature Sensor**" and an actuator "**Variable Air Volume Box**" using the Binding Editor or Function Block tool. These bindings are created within the context of a structured system model (e.g., Site > Floor > Room > Controller > Devices). This binding defines a desired signal "**path**" from the sensor to the actuator and is persisted in the Automation Server's internal database, representing a stored environment model. At runtime, the server enables signal transfer along this defined path based on system logic and bindings. The binding/logic is created in context of EBO's hierarchical system model (e.g., Room → Controller → Devices) |



**https://ecostruxure-building-help.se.com/bms/Topics/show.castle?id=8064&productversion=7.0&locale=en-US**

# US 8,533,326: Claim 1

| *1.6.1* **to connect said source device to said output device and** | Connections such as a sensor (source device) "**Air Temperature Sensor**" and an actuator (output device) "**Variable Air Volume Box**" define data flow from sensor to actuator. |
| --- | --- |



**https://ecostruxure-building-help.se.com/bms/Topics/show.castle?id=8064&productversion=7.0&locale=en-US**

# US 8,533,326: Claim 1

*1.6.2* **adapted to allow signal transfer between said source device and said output device,**

Signals are routed through bindings or function logic and executed at runtime. In EcoStruxure Building Operation, the user creates a logical binding between a sensor "**Air Temperature Sensor**" and an actuator "**Variable Air Volume Box**" using the Binding Editor or Function Block tool. These bindings are created within the context of a structured system model (e.g., Site > Floor > Room > Controller > Devices). This binding defines a desired signal "**path**" from the sensor to the actuator and is persisted in the Automation Server's internal database, representing a stored environment model. At runtime, the server enables signal transfer along this defined path based on system logic and bindings. The binding/logic is created in context of EBO's hierarchical system model (e.g., Room → Controller → Devices)



**https://ecostruxure-building-help.se.com/bms/Topics/show.castle?id=8064&productversion=7.0&locale=en-US**

# US 8,533,326: Claim 1

| *1.6.3* **wherein said environment model is stored in a data structure on said server;** | The Automation Server or Enterprise Server stores the full environment model and runtime configuration, for example, "**In an EcoStruxure BMS, the graphics can be customized to provide the user interface required to effectively run each facility. Graphics are stored locally in the EcoStruxure BMS servers and are available to authorized users from wherever they log on.**" The data structure is listed as, "**Building Occupancy, Building Mode, Intruder alarm, AHU, Power Mode, Power, Critical Alarms**". |



Figure: *Sample graphic*

**https://ecostruxure-building-help.se.com/bms/Topics/show.castle?id=8064&locale=en-US&productversion=3.2**

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.7.0* Identifying an event generated by an event generator, wherein an event handler responds to said event;** | EBO supports "**event**" for example, "**These event records can be viewed in the Events pane or in an Event View**", handling mechanisms where "**alarms**", for example "**Notified by alarms when some important event occurs**", schedules, for example, "**you can set up a schedule to make a device to operate between 08:00 and 17:00 every workday**", sensor data, for example, "**You use graphics to display building overviews, display the status of detectors and alarms, display the value of sensors**," "**You use trend logs to record values from devices, such as sensors**" or other triggers invoke logic or scripts, for example, "**notified by alarms when some important event occurs. For example, if the temperature is too low or too high in a building**". |

How Alarms Work
You are notified by alarms when some important event occurs. For example, if the temperature is too low or too high in a building, if a window is open, or if a fire device is out of order. The system administrator sets up the alarms and decides to whom the alarm is sent.

How Events Work
All system events, as well as information and circumstances, are recorded in the Event log. These event records can be viewed in the Events pane or in an Event View

How Trend Logs Work
You use trend logs to record values from devices, such as sensors. A trend log can also log consumptions, such as energy consumption or water consumption.

How Schedules Work
Schedules are used to schedule the operation of parts of the BMS, such as a device or a setpoint. For example, a you can set up a schedule to make a device to operate between 08:00 and 17:00 every workday.

How Graphics Work
You use graphics to display building overviews, display the status of detectors and alarms, display the value of sensors, or change setpoints. A graphic can also contain links to trend charts, trend log lists, Internet sites, or views in WorkStation and WebStation.

**Event Handling Documentation**

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.8.0*** **Triggering one or more commands to selectively interconnect an output port of said source device to an input port of said output device in response to said event;** | Logic and scripting within EBO respond to events by routing control commands between devices according to configured bindings, for example, "**the binding consists of a source and a target. The source supplies the value to the target**." and "**In the EcoStruxure Building Operation software, you typically bind source properties to target properties in objects such as programs, alarms, trend logs, and graphics. These objects frequently need to use values that exist elsewhere in the system. You create the target properties in your program, but you create the bindings externally, separately from the system**". |

Bindings in Builder View are connections between two or more variables for data exchange. In its simplest form, the binding consists of a source and a target. The source supplies the value to the target.

In the EcoStruxure Building Operation software, you typically bind source properties to target properties in objects such as programs, alarms, trend logs, and graphics. These objects frequently need to use values that exist elsewhere in the system. You create the target properties in your program, but you create the bindings externally, separately from the system.

This separation of program and bindings is due to the object-oriented approach in the EcoStruxure Building Operation database.

**Binding and Logic Programming**

# US 8,533,326: Claim 1

| | |
|---|---|
| *1.9.0*<br>**Communicating said one or more commands from said server to a control switch;** | Commands are sent from the server over communication protocols (BACnet/IP, Modbus TCP, KNX, LON, etc.) to field devices which serve as control switches or relays. EBO servers (Enterprise Server or Automation Server) communicate directly with field devices (e.g., switches, relays, actuators). The devices being controlled include control switches such as fans, lights, relays, dampers, VAVs, etc .<br>"**The Automation Server is a powerful device that can act as a standalone server and also control I/O modules and monitor and manage field bus devices**." and "**create a weekly schedule that turns the lights on at 07:00 and switches them off at 20:00**" |

For example, the lighting in an office building needs to be automated to conserve energy during non-business hours. To regulate the lights from Monday through Friday, you create a weekly schedule that turns the lights on at 07:00 and switches them off at 20:00. If there are any non-routine events, such as holidays, you can use exception events to override the schedule and turn the lights off.

https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=6852&locale=en-US&productversion=2.0&a=1#:~:text=A%20schedule%20is%20a%20sequence,see%20Exception%20Events%20in%20WorkStation%20.

The Automation Server is a powerful device that can act as a standalone server and also control I/O modules and monitor and manage field bus devices. In medium and large installations, functionality is distributed over multiple SmartX servers that communicate over TCP/IP.

https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=8059&locale=en-US&productversion=2.0&a=1

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.10.0***<br>**Sending a command from said server to command said source device to output a signal**; and | EBO control logic issues commands to the source devices to perform actions (e.g., sensor activations or state changes). EcoStruxure Building Operation (EBO) allows a server to send commands to a source device, which in turn outputs a signal. This is a fundamental aspect of how EBO manages and controls building systems, for example, "**The Smoke control applications programming referenced here provides an additional layer of control logic which in a non-dedicated system will interact with and take priority over the programming logic handling of the normal HVAC control**." "**Provide an automated control sequence response to a smoke alarm intended to utilize HVAC equipment to achieve pressurization in zones adjacent to the smoke zone and exhaust from the smoke zone**." EBO control logic issues commands to the source devices to perform actions (e.g., sensor activations or state changes). |

The Smoke control applications programming referenced here provides an additional layer of control logic which in a non-dedicated system will interact with and take priority over the programming logic handling of the normal HVAC control. The smoke control application handles the following functions such as:

- Monitor the Fire alarm panel for detection of smoke/fire alarms in areas/zones where the HVAC has the responsibility for performing smoke control functions.
- Provide an automated control sequence response to a smoke alarm intended to utilize HVAC equipment to achieve pressurization in zones adjacent to the smoke zone and exhaust from the smoke zone.
- Failsafe equipment to a pre-determined trouble mode upon detection of an equipment failure.
- Monitor and manage the Firefighters Smoke Control Station (FSCS). Present the firefighter with the open/close/on/off status of the HVAC and dedicated equipment applicable to the smoke control functions.
- Examine the FSCS override switches and direct the applicable equipment to the state requested by the fireman, overriding normal control applications.

**https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=10786&locale=en-US&productversion=2.0&a=1#:~:text=The%20Smoke%20control%20applications%20programming,fireman%2C%20overriding%20normal%20control%20applications**.

# US 8,533,326: Claim 1

| | |
|---|---|
| ***1.11.0*** <br> **Outputting said signal on said output device.** | The final command triggers physical output at the actuator device (lighting, HVAC, valves, etc.) completing the signal path, for example, "**Supply air temp too low**" alarm is shown and a "**WebStation allows for very easy re-configuration of Connected Room Solutions functionality through the optional Zoning add-on license. Graphical or tabular views enable quick editing of how HVAC, blinds and lighting are synchronized within or across room controllers from any web browser device.**" The final command triggers physical output at the actuator device (lighting, HVAC, valves, etc.) completing the signal path. |



## Actuation and Output Control

Figure: Zoning view

WebStation allows for very easy re-configuration of Connected Room Solutions functionality through the optional Zoning add-on license. Graphical or tabular views enable quick editing of how HVAC, blinds and lighting are synchronized within or across room controllers from any web browser device.

https://ecostruxure-building-help.se.com/bms/topics/show.castle?id=8792&locale=en-US&productversion=3.3&a=1